**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (10/05)          Case Number **07–04027**

# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on March 7, 2007.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Graciela Flores
aka Graciela Dela Torre
3038 N Ruth St #1
Franklin Park, IL 60131

| Case Number:<br>07–04027 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–6482 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Matthew J Ryan<br>3101 N Rose St<br>Franklin Park, IL 60131<br>Telephone number:  847 455–5575 | Bankruptcy Trustee (name and address):<br>Karen R Goodman ESQ<br>Shefsky & Froelich Ltd<br>111 East Wacker Drive<br>Suite 2800<br>Chicago, IL 60601<br>Telephone number:  (312) 836–4048 |

## Meeting of Creditors:
Date:  **April 10, 2007**                    Time:  **01:00 PM**

Location:  **227 W Monroe Street, Room 3360, Chicago, IL 60606**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

**The presumption of abuse does not arise.**

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: June 11, 2007**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Foreign Creditors
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number:  1–888–232–6814 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kenneth S. Gardner |
|---|---|
| Hours Open:  Monday – Friday 9:00 AM –4:30 PM | Date:  March 8, 2007 |

## EXPLANATIONS

FORM B9A (10/05)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

−− Refer to Other Side for Important Deadlines and Notices −−

# CERTIFICATE OF SERVICE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0752-1        User: ldobbins          Page 1 of 1              Date Rcvd: Mar 08, 2007
Case: 07-04027             Form ID: b9a             Total Served: 26


The following entities were served by first class mail on Mar 10, 2007.
db          +Graciela Flores,   3038 N Ruth St #1,   Franklin Park, IL 60131-2364
aty         +Matthew J Ryan,   3101 N Rose St,   Franklin Park, IL 60131-2713
tr          +Karen R Goodman, ESQ,   Shefsky & Froelich Ltd,   111 East Wacker Drive,   Suite 2800,
             Chicago, IL 60601-3713
11223001     Beneficial Payment Processing,   P O Box 5240,   Carol Stream, IL  60197-5240
11223002     Capital One Bank,   15000 Capital One Drive,   Richmond, VA  23238-1119
11223003     Chadwicks,   P. O. Box 130859775,   Columbus, OH  43218-2746
11223005     Citib CBSD NA,   P O Box 6241,   Sioux Falls, SD  57117-6241
11223006    +Dell Financial Services,   350 Park Avenue, 10th Floor,   New York, NY 10022-6022
11223007    +Fifth Third Bank,   ROPS05,   1850 E. Paris,   Grand Rapids, MI 49546-6253
11223008     Fingerhut,   P O Box 166,   Newark, NJ  07101-0166
11222999    +Flores Graciela,   3038 N Ruth St #1,   Franklin Park, IL 60131-2364
11223009    +Gary McClerking,   3036 Rhodes,   Melrose Park, IL 60164-1067
11223010    +HC Processing Center,   P. O. Box 829,   Springdale, AR 72765-0829
11223013    +HSBC,   P O Box 19360,   Portland, OR 97280-0360
11223011     Hinckley Springs,   P O Box 660579,   Dallas, TX  75266-0579
11223012    +Household Finance,   P O Box 1547,   Chesapeake, VA 23327-1547
11223014     La Popular - West Valley,   7222 Reseda Blvd.,   Reseda, CA  91335-3045
11223015     Midwest Credit & Collection,   P O Box 445,   Decatur, IL  62525-0445
11223016     Nautilus,   HC Processing Center,   P O Box 22112,   Tulsa, OK  74121-2112
11223017     Publishers Clearing House,   P O Box 26311,   Lehigh Valley, PA  18002-6311
11223018     The Home Depot,   P O Box 6003,   Hagerstown, MD  21747-6003
11223020     Washington Mutual Card Services,   Prov,   P O Box 660490,   Dallas, TX  75266-0490
11223021     Washington Mutual Card Services,   P. O. Box 660433,   Dallas, TX  75266-0433
11223022     Wells Fargo,   2021 Midwest Road, 102,   Oak Brook, IL  60523-1691

The following entities were served by electronic transmission on Mar 09, 2007.
tr          +EDI: BKRGOODMAN.COM Mar 08 2007 23:16:00     Karen R Goodman, ESQ,   Shefsky & Froelich Ltd,
             111 East Wacker Drive,   Suite 2800,   Chicago, IL 60601-3713
11223004     EDI: CHASE.COM Mar 08 2007 23:15:00     Chase,   Card Member Services,   P. O. Box 15153,
             Wilmington, DE  19850-5153
11223013    +EDI: HFC.COM Mar 08 2007 23:15:00     HSBC,   P O Box 19360,   Portland, OR 97280-0360
11223012    +EDI: HFC.COM Mar 08 2007 23:15:00     Household Finance,   P O Box 1547,
             Chesapeake, VA 23327-1547
11223019     EDI: WTRRNBANK.COM Mar 08 2007 23:16:00     TNB Visa,   P O Box 59317,
             Minneapolis, MN  55459-0317
                                                                              TOTAL: 5


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11223000*   +Matthew J Ryan,   3101 N Rose St,   Franklin Park, IL 60131-2713
                                                                              TOTALS: 0, * 1


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 10, 2007**                    **Signature:** _Joseph Speetjens_