Form B18 (10/05)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 07–04027**
**Chapter 7**

In Re

Debtor*
  Graciela Flores
  aka Graciela Dela Torre
  3038 N Ruth St #1
  Franklin Park, IL 60131

Social Security No.:
  xxx–xx–6482

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated:  June 18, 2007                          Kenneth S. Gardner, Clerk
                                               United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

*Set forth all names, including trade names, used by the debtor within the last 8 years. (Federal Rule of Bankruptcy Procedure 1005).*

Form B18 continued (10/05)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF SERVICE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0752-1        User: dramey            Page 1 of 1               Date Rcvd: Jun 18, 2007
Case: 07-04027             Form ID: b18            Total Served: 26
```

```
The following entities were served by first class mail on Jun 20, 2007.
db         +Graciela Flores,   3038 N Ruth St #1,   Franklin Park, IL 60131-2364
aty        +Matthew J Ryan,   3101 N Rose St,   Franklin Park, IL 60131-2713
tr         +Karen R Goodman, ESQ,   Shefsky & Froelich Ltd,   111 East Wacker Drive,   Suite 2800,
             Chicago, IL 60601-3713
11223001    Beneficial Payment Processing,   P O Box 5240,   Carol Stream, IL  60197-5240
11223003    Chadwicks,   P. O. Box 130859775,   Columbus, OH  43218-2746
11223005    Citib CBSD NA,   P O Box 6241,   Sioux Falls, SD  57117-6241
11223006   +Dell Financial Services,   350 Park Avenue, 10th Floor,   New York, NY 10022-6022
11223007   +Fifth Third Bank,   ROPS05,   1850 E. Paris,   Grand Rapids, MI 49546-6253
11223008    Fingerhut,   P O Box 166,   Newark, NJ  07101-0166
11222999   +Flores Graciela,   3038 N Ruth St #1,   Franklin Park, IL 60131-2364
11223009   +Gary McClerking,   3036 Rhodes,   Melrose Park, IL 60164-1067
11223010   +HC Processing Center,   P. O. Box 829,   Springdale, AR 72765-0829
11223013   +HSBC,   P O Box 19360,   Portland, OR 97280-0360
11223011    Hinckley Springs,   P O Box 660579,   Dallas, TX  75266-0579
11223012   +Household Finance,   P O Box 1547,   Chesapeake, VA 23327-1547
11223014    La Popular - West Valley,   7222 Reseda Blvd.,   Reseda, CA  91335-3045
11223015    Midwest Credit & Collection,   P O Box 445,   Decatur, IL  62525-0445
11223016    Nautilus,   HC Processing Center,   P O Box 22112,   Tulsa, OK  74121-2112
11223017    Publishers Clearing House,   P O Box 26311,   Lehigh Valley, PA  18002-6311
11223018    The Home Depot,   P O Box 6003,   Hagerstown, MD  21747-6003
11223020    Washington Mutual Card Services,   Prov,   P O Box 660490,   Dallas, TX  75266-0490
11223021    Washington Mutual Card Services,   P. O. Box 660433,   Dallas, TX  75266-0433
11223022    Wells Fargo,   2021 Midwest Road, 102,   Oak Brook, IL  60523-1691

The following entities were served by electronic transmission on Jun 19, 2007.
tr         +EDI: BKRGOODMAN.COM Jun 18 2007 23:49:00    Karen R Goodman, ESQ,   Shefsky & Froelich Ltd,
             111 East Wacker Drive,   Suite 2800,   Chicago, IL 60601-3713
11223002    EDI: CAPITALONE.COM Jun 18 2007 23:49:00    Capital One Bank,   15000 Capital One Drive,
             Richmond, VA  23238-1119
11223004    EDI: CHASE.COM Jun 18 2007 23:49:00    Chase,   Card Member Services,   P. O. Box 15153,
             Wilmington, DE  19850-5153
11223013   +EDI: HFC.COM Jun 18 2007 23:49:00    HSBC,   P O Box 19360,   Portland, OR 97280-0360
11223012   +EDI: HFC.COM Jun 18 2007 23:49:00    Household Finance,   P O Box 1547,
             Chesapeake, VA 23327-1547
11223019    EDI: WTRRNBANK.COM Jun 18 2007 23:49:00    TNB Visa,   P O Box 59317,
             Minneapolis, MN  55459-0317
                                                                                    TOTAL: 6


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11223000*  +Matthew J Ryan,   3101 N Rose St,   Franklin Park, IL 60131-2713
                                                                                    TOTALS: 0, * 1


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jun 20, 2007**                    **Signature:** _Joseph Speetjens_